UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-CR-20688-PCH/JB

UNITED STATES OF AMERICA

v.

BRUCE LAMAR KING,

    Defendant.

_____/

**ORDER ADOPTING AND AFFIRMING R&R ON CHANGE OF PLEA**

**THIS MATTER** is before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation on Change of Plea (the "R&R"), which she entered on Friday, October 22, 2021. [ECF No. 17]. In the R&R, Magistrate Judge Becerra found that Defendant Bruce Lamar King freely and voluntarily entered a plea of guilty as to the sole count of the Indictment, which charges Defendant with Unlawful Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, adjudicate Defendant guilty of the sole charge in the Indictment, and subsequently conduct a sentencing hearing for final disposition of this matter. The Court has reviewed Magistrate Judge Becerra's R&R and has been advised that the parties do not object to its recommendations. [ECF Nos. 19, 20]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's Report and Recommendation on Change of Plea is **ADOPTED** and **AFFIRMED** in its entirety; (2) the Court accepts Defendant's plea of guilty; Defendant is hereby adjudged guilty as to the sole count of the

Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Wednesday, January 5, 2022 at 1:00 PM.**

      **DONE AND ORDERED** in Chambers in Miami, Florida on Wednesday, October 27, 2021.

*[signature]*

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record